**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James David Barnhart**
**Donna Jean Barnhart**
   Debtor(s)

Bankruptcy Case No.: 14–11320–TPA
Related to Docket No. 49
Chapter: 13
Docket No.: 72 – 71
Concil. Conf.: April 10, 2018 at 11:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **March 5, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

## OR

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **March 19, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **April 10, 2018** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.

    If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 19, 2018

cm: All Creditors and Parties In Interest

*(signature)*
Thomas P. Agresti, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

```
                        United States Bankruptcy Court
                        Western District of Pennsylvania
In re:                                                           Case No. 14-11320-TPA
James David Barnhart                                             Chapter 13
Donna Jean Barnhart
      Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-1         User: lmar             Page 1 of 2              Date Rcvd: Jan 19, 2018
                             Form ID: 213           Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db/jdb         +James David Barnhart,    Donna Jean Barnhart,    424 Clinton Court,    Meadville, PA 16335-2968
cr             +WELLS FARGO BANK, N.A.,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
13970530       +Comenity Bank / Lane Bryant,    Po Box 182789,    Columbus, OH 43218-2789
13970532       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Road,    Suite 3000,
                 Southfield, MI 48034-8331
13970534       +Creditech / Cbalv,    Attn: Collections,    Po Box 99,    Bangor, PA 18013-0099
13979360       +Department of Veterans Affairs,    PO Box 530269,    Atlanta, GA 30353-0269
13970536       +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
13979362       +Jamestown Pharmacy,    121 Liberty Street,    PO Box 395,    Jamestown, PA 16134-0395
13979363       +Liberty Mutual,    100 Liberty Way,    Dover, NH 03820-4597
13979364       +MedCare Equipment Company LLC,    PO Box 5029,    Greensburg, PA 15601-5058
13970538       +Northwest Physician Associates,    1012 Water Street,    Meadville, PA 16335-3468
13994515      #+Penelec,    FirstEnergy Corp.,    331 Newman Springs Rd.,    Bldg 3,    Red Bank, NJ 07701-6771
13979365       +Phelan Hallinan, LLP,    1617 JFK Boulevard,    Suite 1400,    One Penn Center Plaza,
                 Philadelphia, PA 19103-1814
13970539       +Saint Vincent Institute,    3530 Peach Street,    LL 1,    Erie, PA 16508-2768
14039363       +WELLS FARGO BANK, N.A.,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
                 3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
13979366       +Wells Fargo Home Mortgage,    PO Box 6423,    Carol Stream, IL 60197-6423

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 20 2018 02:26:28
                 Capital One Auto Finance c/o Ascension Capital Gro,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13970529       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Jan 20 2018 02:26:32
                 Capital One Auto Finance,    3905 North Dallas Parkway,    Plano, TX 75093-7892
13988215       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 20 2018 02:25:58
                 Capital One Auto Finance, c/o Ascension Capital Gr,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13979358       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 20 2018 02:32:26
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
13970533       +E-mail/Text: kcarter@creditmanagementcompany.com Jan 20 2018 02:32:02
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13979361       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 20 2018 02:31:39      First Energy,
                 Revenue Assurance,    1310 Fairmont Avenue,    Fairmont, WV 26554-3526
13970535       +E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2018 02:25:54      GE Money Bank / Walmart,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13979359        E-mail/Text: cio.bncmail@irs.gov Jan 20 2018 02:31:03      Department of the Treasury,
                 Bureau of the Fiscal Service,    PO Box 1686,    Birmingham, AL 35201
13970537       +E-mail/Text: mwetherbee@mmchs.org Jan 20 2018 02:31:59      Meadville Medical Center,
                 1034 Grove Street,    Meadville, PA 16335-2945
13979902       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 20 2018 02:31:30
                 Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,    PO Box 2036,
                 Warren, MI 48090-2036
13970540        E-mail/PDF: cbp@onemainfinancial.com Jan 20 2018 02:25:25      Springleaf Financial Services,
                 Po Box 3251,    Evansville, IN 47731
14377786       +E-mail/Text: bkteam@selenefinance.com Jan 20 2018 02:31:01
                 Wilmington Savings Fund Society, FSB, et al,    c/o Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,    Houston, TX 77042-4546
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Selene Finance LP
cr              Wells Fargo Bank, N.A.
13970531      ##+Commercial Acceptance,    2 West Main Street,    Shiremanstown, PA 17011-6326
                                                                                   TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0315-1          User: lmar                 Page 2 of 2                  Date Rcvd: Jan 19, 2018
                              Form ID: 213               Total Noticed: 28
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
          Daniel P. Foster    on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster    on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt    on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
          James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com,
           james.prostko@phelanhallinan.com
          Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                            TOTAL: 8
```