## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-11320 |
|    James D. Barnhart AND | : | Chapter 13 |
|    Donna J. Barnhart, | : | |
|        Debtors | : | |
| | : | Related to Document No. 80 |
|    James D. Barnhart AND | : | |
|    Donna J. Barnhart, | : | |
|        Movants | : | |
|           v. | : | |
| | : | |
|    Selene Finance, | : | |
| | : | |
|           AND | : | |
| | : | |
|    Ronda J. Winnecour/Esquire | : | |
|    Chapter 13 Trustee, | : | |
|        Respondents | : | |

**NOTICE OF HEARING ON**
**MOTION TO AUTHORIZE LOAN MODIFICATION**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **March 8, 2019** according to Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **March 27, 2019 at 10:00 A.M.** before Judge THOMAS P. AGRESTI, in Bankruptcy Courtroom, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: **February 19, 2019**

                                                                                             Respectfully submitted,
                                                                                            */s/ Daniel P. Foster, Esquire*
                                                                                            Daniel P. Foster
                                                                                            PA I.D. # 92376
                                                                                            Foster Law Offices
                                                                                            PO Box 966
                                                                                            Meadville, PA 16335
                                                                                            Phone: 814-724-1165

## **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *MOTION TO AUTHORIZE LOAN MODIFICATION, LOAN MODIFICATION SUMMARY and EXHIBIT A* by First-Class Mail, U.S. Postage Paid, Electronic-Mail and/or CM/ECF on the parties below*.

Executed on: February 19, 2019

By: /s/ Kathryn Schwartz
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail.

# MATRIX

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

James & Donna Barnhart
424 Clinton Street
Meadville, PA 16335
*Service via US Mail*

Selene Finance
PO Box 422039
Houston, TX 77242-4239
*Service via US Mail*