# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-11320 |
| James D. Barnhart AND | : | Chapter 13 |
| Donna J. Barnhart, | : | |
|     Debtors | : | |
| | : | Related to Document No. 80 |
| James D. Barnhart AND | : | |
| Donna J. Barnhart, | : | |
|     Movants | : | |
|         v. | : | |
| | : | |
| Selene Finance, | : | |
| | : | |
|         AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

## CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AUTHORIZE LOAN MODIFICATION

    The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the **MOTION TO AUTHORIZE LOAN MODIFICATION**, filed on February 19, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than March 8, 2019.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: March 13, 2019

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *Certificate of No Objection and Motion to Authorize Loan Modification* by First-Class Mail, U.S. Postage Paid, Electronic-Mail and/or CM/ECF on the parties below*.

Executed on: <u>March 13, 2019</u>   By: <u>/s/ Kathryn Schwartz</u>
KATHRYN SCHWARTZ, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail.

# **MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

James & Donna Barnhart
424 Clinton Street
Meadville, PA 16335
*Service via US Mail*

Selene Finance
PO Box 422039
Houston, TX 77242-4239
*Service via US Mail*