FILED
3/29/19 9:33 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 14-11320-TPA |
| | : | | |
| James David Barnhart | : | Chapter: | 13 |
| Donna Jean Barnhart | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 3/27/2019 |
| | : | Time: | 10:00 |

### PROCEEDING MEMO

**MATTER:**        #80 Motion to Authorize Loan Modification
                        #82 CNO

**APPEARANCES:**

　　　　　　　Debtor:        Daniel P. Foster
　　　　　　　Trustee:        Owen Katz
　　　　　　　Selene Finance:

**NOTES:**

Foster:        Debtor is on a fixed income.  $11,000 behind in plan payments in
                month 51.  Payment history has been poor.  Payment was increased
                to $1397.  Loan mod was unsolicited.  Interest rate is being reduced.

Katz:          An amended Plan will need to be filed to reset the plan base.

**OUTCOME:**        GRANTED / OE

ljm