FILED
3/29/19 9:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-11320 |
| James D. Barnhart AND | : | Chapter 13 |
| Donna J. Barnhart, | : | |
|     Debtors | : | |
| | : | Related to Document No. 80 |
| James D. Barnhart AND | : | |
| Donna J. Barnhart, | : | |
|     Movants | : | |
|        v. | : | |
| Selene Finance, | : | |
|     AND | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
|     Respondents | : | |

### ORDER

*AND NOW*, this 27th day of _____March_____, *2019*, it is hereby **ORDERED** that:

(1) The Modification Agreement between **James D. Barnhart AND Donna J. Barnhart** is approved;

(2) The terms of the loan shall be as follows:

    a. Due Date: February 1, 2019 and 1st of each month thereafter;
    b. New Monthly Payment: $549.71; $304.30 (P&I) + $245.41 (Escrow)
    c. Interest Rate: 5.50%;
    d. Loan Term: 480 Months = 40 Years;
    e. Maturity Date: January 1, 2049;
    f. Principal Balance: $67,476.13; $59,000 (interest bearing principal balance) + $8,476.13 (non-interest bearing deferred principal balance)
    g. Deferred payment: $36,519.77; $8,476.13 (non-interest ballon payment) + $28,043.64 (balloon payment due at maturity if loan is not paid off prior to that date)

(3) ***Within fourteen (14) days*** from the date of this Order the Debtors shall incorporate the terms of the modified loan terms by the filing of an Amended Chapter 13 Plan;

BY THE COURT:

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 14-11320-TPA
James David Barnhart                                                                    Chapter 13
Donna Jean Barnhart
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: dkam              Page 1 of 1              Date Rcvd: Mar 29, 2019
                               Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
db/jdb          +James David Barnhart,   Donna Jean Barnhart,   424 Clinton Court,   Meadville, PA 16335-2968

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2019 at the address(es) listed below:
      Daniel P. Foster    on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James  Warmbrodt    on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com,
       james.prostko@phelanhallinan.com
      Matthew Gregory Brushwood    on behalf of Creditor    WELLS FARGO BANK, N.A. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul William Cressman    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                     TOTAL: 8