**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 14-11320 |
| James D. Barnhart AND | : | Chapter 13 |
| Donna J. Barnhart, | : | |
| Debtors | : | |
| | : | Related to Document No. 84 |
| James D. Barnhart AND | : | |
| Donna J. Barnhart, | : | |
| Movants | : | |
| v. | : | |
| | : | |
| Selene Finance, | : | |
| | : | |
| AND | : | |
| | : | |
| Ronda J. Winnecour/Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondents | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the *ORDER* by First-Class Mail, U.S. Postage Paid, Electronic-Mail and/or CM/ECF on the parties below*.

Executed on: April 2, 2019              By: /s/ Kathryn Schwartz
                                        KATHRYN SCHWARTZ, PARALEGAL
                                        FOSTER LAW OFFICES
                                        Po Box 966
                                        Meadville, PA 16335
                                        Tel 814.724.1165
                                        Fax 814.724.1158

---

*Parties served by the court electronically were not served by regular mail.

# **MATRIX**

Ronda J. Winnecour, Trustee
cmecf@chapter13trusteewdpa.com
*Service via CM/ECF*

Office of the United States Trustee
Ustregion03.pi.ecf@usdoj.gov
*Service via CM/ECF*

James & Donna Barnhart
424 Clinton Street
Meadville, PA 16335
*Service via US Mail*

Selene Finance
PO Box 422039
Houston, TX 77242-4239
*Service via US Mail*