**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-11320-TPA |
| | : | |
| **James David Barnhart and** | : | CHAPTER 13 |
| **Donna Jean Barnhart,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 87 & 88 |
| **James David Barnhart and** | : | |
| **Donna Jean Barnhart,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order, Notice of Proposed Modification and Amended Plan by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 17, 2019**        *By: /s/ Clarissa Bayhurst*
    Clarissa Bayhurst, PARALEGAL
    FOSTER LAW OFFICES
    PO Box 966
    Meadville, PA 16335
    Tel 814.724.1165
    Fax 814.724.1158

MATRIX

| | |
|---|---|
| Matthew Gregory Brushwood<br>Phelan Hallinan Diamond & Jones, LLP<br>pawb@fedphe.com | Comenity Bank / Lane Bryant<br>Po Box 182789<br>Columbus, OH 43218-2789 |
| Capital One Auto Finance c/o Ascension Capit<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma, OK 73118-7901 | Credit Collection Services<br>Two Wells Avenue<br>Newton Center, MA 02459-3246 |
| Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Paul William Cressman<br>Phelan Hallinan Diamond & Jones, LLP<br>pawb@fedphe.com<br><br>First Energy<br>Revenue Assurance<br>1310 Fairmont Avenue<br>Fairmont, WV 26554-3526 |
| Creditech / Cbalv<br>Attn: Collections<br>Po Box 99<br>Bangor, PA 18013-0099 | Gm Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Meadville Medical Center<br>1034 Grove Street<br>Meadville, PA 16335-2945 |
| GE Money Bank / Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | Northwest Physician Associates<br>1012 Water Street<br>Meadville, PA 16335-3468 |
| Liberty Mutual<br>100 Liberty Way<br>Dover, NH 03820-4597 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Midland Credit Management, Inc. as agent for<br>Asset Acceptance LLC<br>PO Box 2036<br>Warren, MI 48090-2036 | Capital One Auto Finance c/o AIS Portfolio<br>Services, LP f/k/a AIS Data Services<br>d/b/a/ Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Penelec<br>FirstEnergy Corp.<br>331 Newman Springs Rd., Bldg 3<br>Red Bank, NJ 07701-6771 | Commercial Acceptance<br>2 West Main Street<br>Shiremanstown, PA 17011-6326 |
| James David Barnhart<br>Donna Jean Barnhart<br>424 Clinton Court<br>Meadville, PA 16335-2968 | Credit Management Company<br>2121 Noblestown Road<br>Pittsburgh, PA 15205-3956 |
| Capital One Auto Finance<br>3905 North Dallas Parkway<br>Plano, TX 75093-7892 | |

| | |
|---|---|
| Department of Veterans Affairs<br>PO Box 530269<br>Atlanta, GA 30353-0269 | Wilmington Savings Fund Society, FSB, et al<br>c/o Selene Finance LP<br>9990 Richmond Ave, Suite 400 South<br>Houston, TX 77042-4546 |
| Jamestown Pharmacy<br>121 Liberty Street<br>PO Box 395<br>Jamestown, PA 16134-0395 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| MedCare Equipment Company LLC<br>PO Box 5029<br>Greensburg, PA 15601-5058 | James Warmbrodt<br>KML Law Group, P.C.<br>bkgroup@kmllawgroup.com |
| Office of the United States Trustee<br>ustpregion03.pi.ecf@usdoj.gov | Ronda J. Winnecour<br>cmecf@chapter13trusteewdpa.com |

Phelan Hallinan, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103-1814

James A. Prostko
Phelan Hallinan Diamond & Jones, LLP
pawb@fedphe.com

WELLS FARGO BANK, N.A.
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
PO Box 6423
Carol Stream, IL 60197-6423

Saint Vincent Institute
3530 Peach Street
LL 1
Erie, PA 16508-2768

WELLS FARGO BANK, N.A.
ATTENTION: BANKRUPTCY DEPARTMENT
MAC # D3347-014
3476 STATEVIEW BOULEVARD
FORT MILL, SC 29715-7203