**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 14-11320-TPA |
| | : | |
| **James David Barnhart and** | : | CHAPTER 13 |
| **Donna Jean Barnhart,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO.: 96 |
| **James David Barnhart and** | : | |
| **Donna Jean Barnhart,** | : | |
| Movants, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order Converting Case from Chapter 13 to Chapter 7by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: **July 11, 2019**                                    *By: /s/ Clarissa Bayhurst*
                                                                                                       Clarissa Bayhurst, PARALEGAL
                                                                                                             FOSTER LAW OFFICES
                                                                                                             PO Box 966
                                                                                                             Meadville, PA 16335
                                                                                                             Tel 814.724.1165
                                                                                                             Fax 814.724.1158

Matthew Gregory Brushwood
Phelan Hallinan Diamond & Jones, LLP
pawb@fedphe.com

Capital One Auto Finance c/o Ascension Capit
4515 N Santa Fe Ave. Dept. APS
Oklahoma, OK 73118-7901

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Road
Suite 3000
Southfield, MI 48034-8331

Creditech / Cbalv
Attn: Collections
Po Box 99
Bangor, PA 18013-0099

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

GE Money Bank / Walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Liberty Mutual
100 Liberty Way
Dover, NH 03820-4597

Midland Credit Management, Inc. as agent for
Asset Acceptance LLC
PO Box 2036
Warren, MI 48090-2036

Penelec
FirstEnergy Corp.
331 Newman Springs Rd., Bldg 3
Red Bank, NJ 07701-6771

James David Barnhart
Donna Jean Barnhart
424 Clinton Court
Meadville, PA 16335-2968

Capital One Auto Finance
3905 North Dallas Parkway
Plano, TX 75093-7892

Comenity Bank / Lane Bryant
Po Box 182789
Columbus, OH 43218-2789

Credit Collection Services
Two Wells Avenue
Newton Center, MA 02459-3246

Paul William Cressman
Phelan Hallinan Diamond & Jones, LLP
pawb@fedphe.com

First Energy
Revenue Assurance
1310 Fairmont Avenue
Fairmont, WV 26554-3526

Gm Financial
Po Box 181145
Arlington, TX 76096-1145

Meadville Medical Center
1034 Grove Street
Meadville, PA 16335-2945

Northwest Physician Associates
1012 Water Street
Meadville, PA 16335-3468

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Capital One Auto Finance c/o AIS Portfolio
Services, LP f/k/a AIS Data Services
d/b/a/ Ascension Capital Group
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Commercial Acceptance
2 West Main Street
Shiremanstown, PA 17011-6326

Credit Management Company
2121 Noblestown Road
Pittsburgh, PA 15205-3956

Department of Veterans Affairs
PO Box 530269
Atlanta, GA 30353-0269

Jamestown Pharmacy
121 Liberty Street
PO Box 395
Jamestown, PA 16134-0395

MedCare Equipment Company LLC
PO Box 5029
Greensburg, PA 15601-5058

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Phelan Hallinan, LLP
1617 JFK Boulevard
Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103-1814

James A. Prostko
Phelan Hallinan Diamond & Jones, LLP
pawb@fedphe.com

WELLS FARGO BANK, N.A.
MAC X7801-014
3476 Stateview Blvd.
Fort Mill, SC 29715-7203

Wells Fargo Home Mortgage
PO Box 6423
Carol Stream, IL 60197-6423

Saint Vincent Institute
3530 Peach Street
LL 1
Erie, PA 16508-2768

WELLS FARGO BANK, N.A.
ATTENTION: BANKRUPTCY DEPARTMENT
MAC # D3347-014
3476 STATEVIEW BOULEVARD
FORT MILL, SC 29715-7203

Wilmington Savings Fund Society, FSB, et al
c/o Selene Finance LP
9990 Richmond Ave, Suite 400 South
Houston, TX 77042-4546

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com