Form 132

**UNITED STATES BANKRUPTCY COURT**  98
**WESTERN DISTRICT OF PENNSYLVANIA**  mgut

In re:  Bankruptcy Case No.: 14–11320–TPA

Chapter: 7

**James David Barnhart**   Donna Jean Barnhart
Debtor(s)

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
## AND DETERMINATION OF TRUSTEE BOND

Tamera Ochs Rothschild is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

Dated: 7/9/19

**Andrew R. Vara**
Acting United States Trustee

**Joseph S. Sisca**
Assistant United States Trustee
Western District of Pennsylvania

---

I Tamera Ochs Rothschild, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

Tamera Ochs Rothschild

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 14-11320-TPA
James David Barnhart                                            Chapter 7
Donna Jean Barnhart
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: mgut              Page 1 of 1           Date Rcvd: Jul 10, 2019
                              Form ID: 132            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: trothschild@gmx.com Jul 11 2019 02:48:16      Tamera Ochs Rothschild,
                 318 W. Spring Street,    Titusville, PA 16354-1659
                                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt     on behalf of Creditor    Selene Finance LP bkgroup@kmllawgroup.com
              James A. Prostko    on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Matthew Gregory Brushwood     on behalf of Creditor     WELLS FARGO BANK, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman     on behalf of Creditor    Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    trothschild@gmx.com, pa70@ecfcbis.com
                                                                                              TOTAL: 9