| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **James David Barnhart** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–5285** <br> _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Donna Jean Barnhart** <br> First Name  Middle Name  Last Name | Social Security number or ITIN <br> EIN | **xxx–xx–1951** <br> _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **12/17/14** |
| Case number: | **14–11320–TPA** | Date case converted to chapter **7** | **7/9/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | James David Barnhart | Donna Jean Barnhart |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 424 Clinton Court <br> Meadville, PA 16335 | 424 Clinton Court <br> Meadville, PA 16335 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel P. Foster <br> Foster Law Offices <br> PO Box 966 <br> Meadville, PA 16335 | Contact phone 814.724.1165 <br> Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Tamera Ochs Rothschild <br> 318 W. Spring Street <br> Titusville, PA 16354 | Contact phone 814–827–2760 <br> Email: trothschild@gmx.com |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**                page **1**

Debtor **James David Barnhart** and **Donna Jean Barnhart**      Case number **14–11320–TPA**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 814–464–9740<br><br>Date: 7/9/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 10, 2019 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Assembly Room, Crawford County Courthouse, Meadville, PA 16335** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/12/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/17/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/15/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**      page **2**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-11320-TPA
James David Barnhart                                                    Chapter 7
Donna Jean Barnhart
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 2           Date Rcvd: Jul 10, 2019
                              Form ID: 309B           Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2019.
db/jdb         +James David Barnhart,   Donna Jean Barnhart,    424 Clinton Court,   Meadville, PA 16335-2968
aty            +James A. Prostko,   Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street,   Suite 300,   Pittsburgh, PA 15219-4408
aty            +James Warmbrodt,   KML Law Group, P.C.,    701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Matthew Gregory Brushwood,   Phelan Hallinan Diamond & Jones, LLP,
                 Omni William Penn Office Tower,   555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
aty            +Paul William Cressman,   Phelan Hallinan Diamond & Jones, LLP,    Omni William Penn Office Tower,
                 555 Grant Street, Suite 300,   Pittsburgh, PA 15219-4408
13970531       +Commercial Acceptance,   2 West Main Street,   Shiremanstown, PA 17011-6326
13970532       +Credit Acceptance,   Attn: Bankruptcy Dept,    25505 West 12 Mile Road,   Suite 3000,
                 Southfield, MI 48034-8331
13970534       +Creditech / Cbalv,   Attn: Collections,    Po Box 99,   Bangor, PA 18013-0099
13979360       +Department of Veterans Affairs,   PO Box 530269,   Atlanta, GA 30353-0269
13979362       +Jamestown Pharmacy,   121 Liberty Street,   PO Box 395,   Jamestown, PA 16134-0395
13979363       +Liberty Mutual,   100 Liberty Way,   Dover, NH 03820-4597
13979364       +MedCare Equipment Company LLC,   PO Box 5029,   Greensburg, PA 15601-5058
13979902       +Midland Credit Management, Inc. as agent for,    Asset Acceptance LLC,   PO Box 2036,
                 Warren, MI 48090-2036
13970538       +Northwest Physician Associates,   1012 Water Street,   Meadville, PA 16335-3468
13979365        Phelan Hallinan, LLP,   1617 JFK Boulevard,   Suite 1400,   One Penn Center Plaza,
                 Philadelphia, PA 19103
13970539       #+Saint Vincent Institute,   3530 Peach Street,   LL 1,   Erie, PA 16508-2768

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Jul 11 2019 02:48:12     Daniel P. Foster,
                 Foster Law Offices,   PO Box 966,  Meadville, PA  16335
tr             +EDI: BTOROTHSCHILD.COM Jul 11 2019 06:38:00     Tamera Ochs Rothschild,   318 W. Spring Street,
                 Titusville, PA 16354-1659
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 11 2019 02:49:26     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jul 11 2019 02:49:46
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: AISACG.COM Jul 11 2019 06:38:00     Capital One Auto Finance c/o Ascension Capital Gro,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma, OK 73118-7901
cr             +EDI: WFFC.COM Jul 11 2019 06:38:00     WELLS FARGO BANK, N.A.,   MAC X7801-014,
                 3476 Stateview Blvd.,   Fort Mill, SC 29715-7203
13970529       +EDI: CAPONEAUTO.COM Jul 11 2019 06:38:00     Capital One Auto Finance,
                 3905 North Dallas Parkway,   Plano, TX 75093-7892
13988215       +EDI: AISACG.COM Jul 11 2019 06:38:00     Capital One Auto Finance c/o AIS Portfolio,
                 Services, LP f/k/a AIS Data Services,   d/b/a/ Ascension Capital Group,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
13970530       +EDI: WFNNB.COM Jul 11 2019 06:38:00     Comenity Bank / Lane Bryant,   Po Box 182789,
                 Columbus, OH 43218-2789
13979358       +EDI: CCS.COM Jul 11 2019 06:38:00     Credit Collection Services,   Two Wells Avenue,
                 Newton Center, MA 02459-3246
13970533       +E-mail/Text: bdsupport@creditmanagementcompany.com Jul 11 2019 02:50:13
                 Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13979361       +E-mail/Text: bankruptcy@firstenergycorp.com Jul 11 2019 02:49:53     First Energy,
                 Revenue Assurance,   1310 Fairmont Avenue,   Fairmont, WV 26554-3526
13970535       +EDI: RMSC.COM Jul 11 2019 06:38:00     GE Money Bank / Walmart,   Attn: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
13970536       +EDI: PHINAMERI.COM Jul 11 2019 06:38:00     Gm Financial,   Po Box 181145,
                 Arlington, TX 76096-1145
13979359        EDI: IRS.COM Jul 11 2019 06:38:00     Department of the Treasury,
                 Bureau of the Fiscal Service,   PO Box 1686,   Birmingham, AL 35201
13970537       +E-mail/Text: mwetherbee@mmchs.org Jul 11 2019 02:50:11     Meadville Medical Center,
                 1034 Grove Street,   Meadville, PA 16335-2945
13970540        EDI: AGFINANCE.COM Jul 11 2019 06:38:00     Springleaf Financial Services,   Po Box 3251,
                 Evansville, IN 47731
14039363       +EDI: WFFC.COM Jul 11 2019 06:38:00     WELLS FARGO BANK, N.A.,
                 ATTENTION: BANKRUPTCY DEPARTMENT,   MAC # D3347-014,   3476 STATEVIEW BOULEVARD,
                 FORT MILL, SC 29715-7203
13979366       +EDI: WFFC.COM Jul 11 2019 06:38:00     Wells Fargo Home Mortgage,   PO Box 6423,
                 Carol Stream, IL 60197-6423
14377786       +E-mail/Text: bkteam@selenefinance.com Jul 11 2019 02:49:01
                 Wilmington Savings Fund Society, FSB, et al,   c/o Selene Finance LP,
                 9990 Richmond Ave, Suite 400 South,   Houston, TX 77042-4546
                                                                                              TOTAL: 20

```
District/off: 0315-1           User: mgut                  Page 2 of 2                  Date Rcvd: Jul 10, 2019
                               Form ID: 309B               Total Noticed: 36
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Selene Finance LP
cr              Wells Fargo Bank, N.A.
13994515     ##+Penelec,   FirstEnergy Corp.,   331 Newman Springs Rd., Bldg 3,   Red Bank, NJ 07701-6771
                                                                                        TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James  Warmbrodt     on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
              James A. Prostko     on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
              Matthew Gregory Brushwood    on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul William Cressman    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
                                                                                               TOTAL: 9