**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

JAMES DAVID BARNHART
DONNA JEAN BARNHART
    Debtor(s)

Case No.:14-11320 TPA

Ronda J. Winnecour
    Movant
    vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 12/17/2014  and confirmed on 02/20/2015 .  The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,486.00 |
| Less Refunds to Debtor | 4.99 | |
| TOTAL AMOUNT OF PLAN FUND | | 31,481.01 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,378.03 | |
|    Trustee Fee | 1,292.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,670.35 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6757 | 20,992.84 | 20,992.84 | 0.00 | 20,992.84 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6757 | 0.00 | 0.00 | 0.00 | 0.00 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6757 | 0.00 | 2,282.41 | 0.00 | 2,282.41 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 6757 | 0.00 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE**<br>Acct: 1125 | 3,773.37 | 3,157.42 | 377.99 | 3,535.41 |
| | | | | 26,810.66 |
| **Priority** | | | | |
| DANIEL P FOSTER ESQ**<br>Acct: | 3,565.00 | 3,378.03 | 0.00 | 0.00 |
| JAMES DAVID BARNHART<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JAMES DAVID BARNHART<br>Acct: | 4.99 | 4.99 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| FOSTER LAW OFFICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DANIEL P FOSTER ESQ** | 1,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2525 | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2527 | | | | |
| COMMERCIAL ACCEPTANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2517 | | | | |
| CREDIT COLLECTION SERVICES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7013 | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9933 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5338 | | | | |
| CREDITECH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5489 | | | | |
| DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5285 | | | | |
| DEPARTMENT OF VETERANS AFFAIRS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0204 | | | | |
| PENELEC/FIRST ENERGY** | 850.99 | 0.00 | 0.00 | 0.00 |
| Acct: 9591 | | | | |
| GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2106 | | | | |
| JAMESTOWN PHARMACY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 457 | | | | |
| MEDCARE EQUIPMENT CO++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8618 | | | | |
| MIDLAND CREDIT MANAGEMENT INC - AGI | 558.92 | 0.00 | 0.00 | 0.00 |
| Acct: 8557 | | | | |
| KARINA VELTER ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                                                  26,810.66

TOTAL CLAIMED
PRIORITY                 0.00
SECURED             24,766.21
UNSECURED            1,409.91

Date: 07/31/2019                                /s/ Ronda J. Winnecour
                                                RONDA J WINNECOUR PA ID #30399
                                                CHAPTER 13 TRUSTEE WD PA
                                                600 GRANT STREET
                                                SUITE 3250 US STEEL TWR
                                                PITTSBURGH, PA  15219
                                                (412) 471-5566
                                                cmecf@chapter13trusteewdpa.com