N THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-11320-TPA |
| | : | |
| **James David Barnhart AND** | : | CHAPTER 7 |
| **Donna Jean Barnhart,** | : | |
| Debtors, | : | |
| _____ | : | RELATED TO DOCKET NO. 111 |
| **James David Barnhart,** | : | |
| Movant, | : | HEARING DATE & TIME: |
| | : | October 23, 2019 at 11:00 A.M. |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION TO EXCUSE DECEASED WIFE'S APPEARANCE AT 341 HEARING AND TO ALLOW DEBTOR'S HUSBAND'S TESTIMONY GIVEN AT 341 MEETING HELD ON SEPTEMBER 10, 2019 TO SUFFICE**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **October 3, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **October 23, 2019 AT 11:00 AM** in the Erie Bankruptcy Courtroom, United States Courthouse, 17 South Park Row, Erie, PA 16501. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>September 16, 2019</u>                                                          Respectfully submitted,

<u>*/s/ Daniel P. Foster, Esquire*</u>
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:<u>dan@mrdebtbuster.com</u>
Attorney for Debtor

## CERTIFICATE OF SERVICE

     I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION TO EXCUSE DECEASED WIFE'S APPEARANCE AT 341 HEARING AND TO ALLOW DEBTOR'S HUSBAND'S TESTIMONY GIVEN AT 341 MEETING HELD ON SEPTEMBER 10, 2019 TO SUFFICE**, by First-Class Mail, U.S. Postage Paid on the parties below.

Executed on: **September 16, 2019**　　　　　　　　　　　*By: /s/ Kathryn M. Schwartz*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KATHRYN M. SCHWARTZ, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES, LLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

```
Label Matrix for local noticing          Capital One Auto Finance c/o Ascension Capit   WELLS FARGO BANK, N.A.
0315-1                                   4515 N Santa Fe Ave. Dept. APS                 MAC X7801-014
Case 14-11320-TPA                        Oklahoma, OK 73118-7901                        3476 Stateview Blvd.
WESTERN DISTRICT OF PENNSYLVANIA                                                        Fort Mill, SC 29715-7203
Erie
Mon Sep 16 15:46:58 EDT 2019

1                                        Capital One Auto Finance                       Capital One Auto Finance c/o AIS Portfolio
U.S. Bankruptcy Court                    3905 North Dallas Parkway                      Services, LP f/k/a AIS Data Services
U.S. Courthouse, Room B160               Plano, TX 75093-7892                           d/b/a/ Ascension Capital Group
17 South Park Row                                                                       4515 N Santa Fe Ave. Dept. APS
Erie, PA 16501-1169                                                                     Oklahoma City, OK 73118-7901

Comenity Bank / Lane Bryant              Commercial Acceptance                          Credit Acceptance
Po Box 182789                            2 West Main Street                             Attn: Bankruptcy Dept
Columbus, OH 43218-2789                  Shiremanstown, PA 17011-6326                   25505 West 12 Mile Road
                                                                                        Suite 3000
                                                                                        Southfield, MI 48034-8331

Credit Collection Services               Credit Management Company                      Creditech / Cbalv
Two Wells Avenue                         2121 Noblestown Road                           Attn: Collections
Newton Center, MA 02459-3246             Pittsburgh, PA 15205-3956                      Po Box 99
                                                                                        Bangor, PA 18013-0099

Department of Veterans Affairs           (p)INTERNAL REVENUE SERVICE                    First Energy
PO Box 530269                            CENTRALIZED INSOLVENCY OPERATIONS              Revenue Assurance
Atlanta, GA 30353-0269                   PO BOX 7346                                    1310 Fairmont Avenue
                                         PHILADELPHIA PA 19101-7346                     Fairmont, WV 26554-3526

GE Money Bank / Walmart                  Gm Financial                                   Jamestown Pharmacy
Attn: Bankruptcy                         Po Box 181145                                  121 Liberty Street
Po Box 103104                            Arlington, TX 76096-1145                       PO Box 395
Roswell, GA 30076-9104                                                                  Jamestown, PA 16134-0395

Liberty Mutual                           Meadville Medical Center                       MedCare Equipment Company LLC
100 Liberty Way                          1034 Grove Street                              PO Box 5029
Dover, NH 03820-4597                     Meadville, PA 16335-2945                       Greensburg, PA 15601-5058

Midland Credit Management, Inc. as agent for   Northwest Physician Associates           Office of the United States Trustee
Asset Acceptance LLC                     1012 Water Street                              Liberty Center.
PO Box 2036                              Meadville, PA 16335-3468                       1001 Liberty Avenue, Suite 970
Warren, MI 48090-2036                                                                   Pittsburgh, PA 15222-3721

Penelec                                  Phelan Hallinan, LLP                           Quantum3 Group LLC as agent for
FirstEnergy Corp.                        1617 JFK Boulevard                             Comenity Capital Bank
331 Newman Springs Rd., Bldg 3           Suite 1400                                     PO Box 788
Red Bank, NJ 07701-6771                  One Penn Center Plaza                          Kirkland, WA  98083-0788
                                         Philadelphia, PA 19103

Saint Vincent Institute                  (p)SPRINGLEAF FINANCIAL SERVICES               WELLS FARGO BANK, N.A.
3530 Peach Street                        P O BOX 3251                                   ATTENTION: BANKRUPTCY DEPARTMENT
LL 1                                     EVANSVILLE IN 47731-3251                       MAC # D3347-014
Erie, PA 16508-2768                                                                     3476 STATEVIEW BOULEVARD
                                                                                        FORT MILL, SC 29715-7203
```

| | | |
|---|---|---|
| Wells Fargo Home Mortgage<br>PO Box 6423<br>Carol Stream, IL 60197-6423 | Wilmington Savings Fund Society, FSB, et al<br>c/o Selene Finance LP<br>9990 Richmond Ave, Suite 400 South<br>Houston, TX 77042-4546 | Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335-6966 |
| Donna Jean Barnhart<br>424 Clinton Court<br>Meadville, PA 16335-2968 | James David Barnhart<br>424 Clinton Court<br>Meadville, PA 16335-2968 | Tamera Ochs Rothschild<br>318 W. Spring Street<br>Titusville, PA 16354-1659 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Department of the Treasury<br>Bureau of the Fiscal Service<br>PO Box 1686<br>Birmingham, AL 35201 | Springleaf Financial Services<br>Po Box 3251<br>Evansville, IN 47731 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Selene Finance LP | (u)Wells Fargo Bank, N.A. | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     2<br>Total                  37 |