FILED
9/17/19 3:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          :          **CASE NO. 14-11320-TPA**
                                                                   :

**James David Barnhart AND**                  :          **CHAPTER 7**
**Donna Jean Barnhart,**                          :
                    **Debtors,**                           :
_____          :          **RELATED TO DOCKET NO. 111**
**James David Barnhart,**                         :
                    **Movant,**                           :          **HEARING DATE & TIME:**
                                                                   :          **October 23, 2019 at 11:00 A.M.**
                    **vs.**                                    :
                                                                   :
**Ronda J. Winnecour, Esquire,**             :
                    **Respondent.**                      :

<u>**ORDER**</u>

      **AND NOW** on this _____17th_____ day of _September_____, 2019, upon consideration of the within **MOTION TO EXCUSE DECEASED WIFE'S APPEARANCE AT 341 HEARING AND TO ALLOW DEBTOR'S HUSBAND'S TESTIMONY GIVEN AT 341 MEETING HELD ON SEPTEMBER 10, 2019 TO SUFFICE**, it is hereby **ORDERED, ADJUDGED AND DECREED** that the requirement of the Debtor-Wife's appearance at the §341 Meeting of Creditors be waived, and the testimony of only Debtor-Husband, previously given on September 10, 2019 suffice for both Debtors.

BY THE COURT:

_____          **ljm**
Thomas P. Agresti, *Judge*
*United States Bankruptcy Court*

United States Bankruptcy Court
Western District of Pennsylvania

In re:
James David Barnhart
Donna Jean Barnhart
     Debtors

Case No. 14-11320-TPA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: lfin          Page 1 of 1          Date Rcvd: Sep 17, 2019
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db/jdb       #+James David Barnhart,  Donna Jean Barnhart,  424 Clinton Court,  Meadville, PA 16335-2968

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                           Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
       Daniel P. Foster   on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       Daniel P. Foster   on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
        clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
       James Warmbrodt   on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
       James A. Prostko   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
       Matthew Gregory Brushwood   on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
       Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
       Paul William Cressman   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
       Tamera Ochs Rothschild   trothschild@gmx.com,  pa70@ecfcbis.com
                                                              TOTAL: 8