# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

|  |  |  |
|---|---|---|
|  | : | Bankruptcy No: 14-11320-TPA |
| James David Barnhart and | : |  |
| Donna Jean Barnhart, | : |  |
| Debtors/Movants, | : | Chapter 13 |
|  | : |  |

## NOTICE OF
## CHANGE OF ADDRESS

**Clients Name:**  James Donna Barnhart and Donna Jean Barnhart
**Incorrect Address:**  424 Clinton Court Meadville, PA 16335

**Correct Address:**  1024 South Morgan Street Meadville, PA 16335

Respectfully Submitted,

Date: <u>September 24, 2019</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors