**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 14-11320-TPA |
| James David Barnhart and | : | |
| Donna Jean Barnhart, | : | |
| *Debtor*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Credit Collection Services, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Creditor Name:**       **Credit Collection Services**
**Incorrect Address:**   **Two Wells Avenue, Newton Center MA 02459-3246**
**Correct Address:**     **725 Canton Street, Norwood MA 02062**

                                                                Respectfully Submitted,

Date: October 2, 2019                                           /s/Daniel P. Foster, Esquire
                                                                Daniel P. Foster, Esquire
                                                                PA I.D. #92376
                                                                FOSTER LAW OFFICES
                                                                PO Box 966
                                                                Meadville, PA 16335
                                                                Tel: 814.724.1165
                                                                Fax: 814.724.1158
                                                                Dan@MrDebtBuster.com
                                                                Attorney for Debtors