FILED
10/10/19 10:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:  James David Barnhart
       Donna Jean Barnhart
                 Debtor(s)

_____

Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust,

                 Movant
      v.
James David Barnhart
Donna Jean Barnhart
                 Respondent(s)
         and
Tamara Ochs Rothschild, Trustee
             Additional Respondent

BK. NO. 14-11320 TPA

CHAPTER 7

 Rel to Doc No. 115

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this 10th day of  October  , 2019, upon Motion of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 424 Clinton Court, Meadville, PA 16335 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge jm

James David Barnhart
424 Clinton Court
Meadville, PA 16335

Donna Jean Barnhart
424 Clinton Court
Meadville, PA 16335

Daniel P. Foster Esquire
Foster Law Offices
PO Box 966
Meadville, PA 16335
dan@mrdebtbuster.com

Tamara Ochs Rothschild
318 W. Spring Street
Titusville, PA 16354
**trothschild@gmx.com**


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-11320-TPA
James David Barnhart                                                       Chapter 7
Donna Jean Barnhart
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1              User: agro              Page 1 of 1              Date Rcvd: Oct 10, 2019
                                 Form ID: pdf900         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
db/jdb          +James David Barnhart,   Donna Jean Barnhart,   1024 South Morgan Street,
                  Meadville, PA 16335-2724
                +KML Law Group, P.C.,   701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                              Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
          Daniel P. Foster   on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          Daniel P. Foster   on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
           clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
          James  Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
           bkgroup@kmllawgroup.com
          James  Warmbrodt   on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
          James A. Prostko   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Matthew Gregory Brushwood   on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Paul William Cressman   on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
          Tamera Ochs Rothschild   trothschild@gmx.com,  pa70@ecfcbis.com
          Tamera Ochs Rothschild   on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
           pa70@ecfcbis.com
                                                                                      TOTAL: 10