**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**James David Barnhart**
**Donna Jean Barnhart**
   Debtor(s)

Bankruptcy Case No.: 14–11320–TPA

Chapter: 7

## FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

    Tamera Ochs Rothschild is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: December 4, 2019

          Thomas P. Agresti
          United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 14-11320-TPA
James David Barnhart                                                      Chapter 7
Donna Jean Barnhart
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1         User: admin              Page 1 of 1            Date Rcvd: Dec 04, 2019
                             Form ID: 129             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2019.
db/jdb        +James David Barnhart,   Donna Jean Barnhart,   1024 South Morgan Street,
               Meadville, PA 16335-2724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2019 at the address(es) listed below:
      Daniel P. Foster    on behalf of Joint Debtor Donna Jean Barnhart dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      Daniel P. Foster    on behalf of Debtor James David Barnhart dan@mrdebtbuster.com,
       clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
      James   Warmbrodt    on behalf of Creditor   Selene Finance LP bkgroup@kmllawgroup.com
      James   Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society, FSB, et al
       bkgroup@kmllawgroup.com
      James A. Prostko    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
      Matthew Gregory Brushwood    on behalf of Creditor   WELLS FARGO BANK, N.A. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Paul William Cressman    on behalf of Creditor   Wells Fargo Bank, N.A. pawb@fedphe.com
      Tamera Ochs Rothschild    trothschild@gmx.com,  pa70@ecfcbis.com
      Tamera Ochs Rothschild    on behalf of Trustee Tamera Ochs Rothschild trothschild@gmx.com,
       pa70@ecfcbis.com
                                                                                                              TOTAL: 10